An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

WILLIAM TIDMARSH,
Appellant,
vs.
NYE COUNTY; NYE COUNTY LAW
ENFORCEMENT ASSOCIATION; AND
MR. WALTER F. KAUFMAN,
ARBITRATOR,
Respondents.

No. 60957

FILED

MAY 1 3 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order dismissing a petition for judicial review in an employment matter. Fifth Judicial District Court, Nye County; Kimberly A. Wanker, Judge.

Our review of the record on appeal reveals a jurisdictional defect. Specifically, appellant filed an NRCP 59 tolling motion before filing his notice of appeal. *See* NRAP 4(a)(4)(D). As that motion has not been resolved by the district court, appellant's notice of appeal is premature. NRAP 4(a)(6). Therefore, because we lack jurisdiction over this appeal, we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc: Hon. Kimberly A. Wanker, District Judge
William Tidmarsh
Nye County District Attorney
Nye County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

13-14070